# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY JOHNSON, | Case No.: 2:20-cv-01389-RFB-EJY |
| Petitioner | |
| v. | **ORDER** |
| STATE OF NEVADA, | |
| Respondents | |

Petitioner Corey Johnson has submitted a *pro se* petition for writ of habeas corpus (ECF No. 1). However, Petitioner failed to submit an application to proceed *in forma pauperis* or pay the filing fee. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2.

Thus, the present action will be dismissed without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate. The Court also notes that it appears that Johnson challenges the calculation of his parole date or possibly the revocation of parole, and he attaches a summary of a preliminary parole board inquiry

hearing dated May 26, 2020.  The Court takes judicial notice that Johnson cannot have exhausted his state administrative remedies in such a short time period.  Further, it is unclear that Johnson states a claim for which federal habeas relief may be granted.  *See Nettles v. Grounds*, 830 F.3d 922, 935 (9th Cir. 2016) (in order to state a cognizable habeas corpus claim, success on such claim must necessarily lead to speedier release).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new petition in a new action with either the $5.00 filing fee or a properly completed application to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**, as jurists of reason would not find the Court's dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

**IT IS FURTHER ORDERED** that the Clerk shall send petitioner one copy of the papers that he submitted in this action.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated: September 3, 2020

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT