# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| COREY JOHNSON,<br><br>   Petitioner<br><br>v.<br><br>STATE OF NEVADA,<br><br>   Respondents | Case No.: 2:20-cv-01389-RFB-EJY<br><br>**ORDER** |

On September 3, 2020, this Court dismissed Petitioner Corey Johnson's *pro se* petition for writ of habeas corpus as improperly commenced because he failed to submit an application to proceed *in forma pauperis* or pay the filing fee (ECF No. 4). 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. Judgment was entered (ECF No. 5).

Also on September 3, 2020 Johnson filed an application to proceed *in forma pauperis*, and he filed another one the following day reflecting that he would be eligible for *in forma pauperis* status (ECF Nos. 6, 8). However, the other deficiencies that the court noted in its previous Order remain, namely, that the claims in the petition appear to be unexhausted and that his challenges to the revocation of parole do not state claims for which federal habeas relief may be granted.  See Nettles v. Grounds, 830 F.3d 922,

935 (9th Cir. 2016) (in order to state a cognizable habeas corpus claim, success on such claim must necessarily lead to speedier release).¹ Accordingly, Johnson's duplicate applications to proceed *in forma pauperis* are denied as moot in this closed case.

**IT IS THEREFORE ORDERED** that Johnson's two applications to proceed *in forma pauperis* (ECF Nos. 6 and 8) are both **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

Dated: September 8, 2020

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT COURT

---

¹ While unclear, it may be that Johnson seeks to challenge his parole proceedings as having violated his due process rights, which may implicate his rights under 42 U.S.C. § 1983.

2